IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAHER MAHMOUD                                                              PLAINTIFF

VERSUS                                       CIVIL ACTION NO. 1:08cv45HSO-JMR

MICHAEL CHERTOFF                                                           DEFENDANT

## FINAL JUDGMENT

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendation of Chief United States Magistrate John M. Roper [12-1] entered in this cause on December 15, 2008. The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter be, and is hereby, dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 7th day of January, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE